KARL IVANOVITCH MEJULIS and MARY BEAUDRIE, as Their Interests May Appear, Plaintiffs, *v.* FIRST RUSSIAN INSURANCE COMPANY, Defendant.

Supreme Court, Special Term, New York County, October 30, 1936.

*John M. Downes*, for the Superintendent of Insurance of the State of New York, for the motion.

*Emanuel Thebner*, for the receiver.

*Benjamin Pulier*, for the plaintiffs, opposed.

FRANKENTHALER, J. Motion to vacate is granted. Section 977-b of the Civil Practice Act, in the court's opinion, was not intended to and does not apply to corporations presently in liquidation by the Superintendent of Insurance under and pursuant to the provisions of the Insurance Law. Settle order.